# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SANDRA DOUSE

VERSUS

PELICAN RESTORATION &
WATERPROOFING, LLC, ET AL

NO.  2019 CW 1146

Consolidated With

STATE OF LOUISIANA, OFFICE
OF THE GOVERNOR, DIVISION OF
ADMINISTRATION, OFFICE OF
RISK MANAGEMENT

VERSUS

PELICAN RESTORATION &
WATERPROOFING, LLC, ROOFING
SOLUTIONS, LLC, AND AIX
SPECIALTY INSURANCE COMPANY

**September 17, 2019**

---

In Re:   Pelican Restoration & Waterproofing, LLC, Roofing
         Solutions, LLC, and AIX Specialty Insurance Company,
         applying for supervisory writs, 19th Judicial District
         Court, Parish of East Baton Rouge, Nos. 644170 Cc/w
         644175.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

   **WRIT DENIED.**

                          **VGW**
                          **JMG**

      **Crain, J.,** dissents.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT